No. 117. BOARD OF COMMISSIONERS FOR THE ATCHA-
FALAYA BASIN LEVEE DISTRICT *v.* SMYTH ET AL. C. A.
5th Cir. Certiorari denied. *John L. Madden* for peti-
tioner.

No. 119. SCHOOL DISTRICT OF THE BOROUGH OF SHEN-
ANDOAH ET AL. *v.* CITY OF PHILADELPHIA, TRUSTEE.
Supreme Court of Pennsylvania. Certiorari denied.
*Thomas C. Egan* for petitioners. *David Berger* for
respondent.

No. 124. BOEING AIRPLANE Co. *v.* AERONAUTICAL IN-
DUSTRIAL DISTRICT LODGE No. 751 OF THE INTERNATIONAL
ASSOCIATION OF MACHINISTS ET AL. C. A. 9th Cir. Cer-
tiorari denied. *Frank E. Holman* and *Lowell P. Mickel-
wait* for petitioner. *Lee Olwell* and *Tracy E. Griffin* for
respondents.

No. 125. DOMINION NATIONAL BANK, TRUSTEE, ET AL.
*v.* HALE, FORMER COLLECTOR OF INTERNAL REVENUE, ET
AL. C. A. 6th Cir. Certiorari denied. *Robert Ash* and
*John W. Cragun* for petitioners. *Solicitor General Perl-
man, Assistant Attorney General Caudle, Ellis N. Slack,
Robert N. Anderson* and *Louise Foster* for respondents.

No. 127. BAGSBY ET AL. *v.* TRUSTEES OF PLEASANT
GROVE INDEPENDENT SCHOOL DISTRICT. Court of Civil
Appeals of Texas, Seventh Supreme Judicial District.
Certiorari denied. *Austin L. Fickling* for petitioners.
*Morris I. Jaffe* for respondent.

No. 129. MCANDREWS *v.* E. W. BLISS Co. C. A. 6th
Cir. Certiorari denied. *Samuel T. Gaines* for petitioner.
*James A. Butler* for respondent.